UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN L. PETEREC-TOLINO,

               Plaintiff,

      -against-

ACE AMERICAN INSURANCE CO., ET AL.,

               Defendants.

20-CV-5354 (CM)

ORDER DENYING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $400.00 in fees – a $350.00 filing fee and a $50.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Clerk of Court is directed mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 21, 2020
            New York, New York

                                                         COLLEEN McMAHON
                                         Chief United States District Judge