UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN L. PETERTEC-TOLINO,<br><br>     Plaintiff,<br><br>  -against-<br><br>ACE AMERICAN INSURANCE CO., ET AL.,<br><br>     Defendants. | 20-CV-5354 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued August 28, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's federal claims are dismissed because the complaint fails to state a claim on which relief can be granted. The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 28, 2020
   New York, New York

          *Louis L. Stanton*
          Louis L. Stanton
          U.S.D.J.